UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE JUSTICE,<br>Booking No. 21133981,<br><br>                           Plaintiff,<br><br>vs.<br><br>UNNAMED DEPUTY SERGEANT, et al.,<br><br>                         Defendants. | Case No.  21-cv-2066-MMA (WVG)<br><br>**ORDER DISMISSING CIVIL ACTION FOR FAILURE TO PROSECUTE IN COMPLIANCE WITH COURT ORDER** |

On December 9, 2021, Bruce Justice ("Plaintiff" or "Justice"), who is proceeding *pro se*, was housed at the George Bailey Detention Facility and filed a civil rights complaint pursuant to 42 U.S.C. § 1983.  Doc. No. 1.  Plaintiff did not prepay the civil filing fee required by 28 U.S.C. § 1914(a); instead, he filed a Motion to Proceed In Forma Pauperis ("IFP") pursuant to 28 U.S.C. § 1915(a), along with a Motion to Appoint Counsel.  Doc. Nos. 2, 3.

The Court granted Plaintiff's Motion to Proceed in Forma Pauperis, denied his Motion to Appoint Counsel, dismissed his Complaint pursuant to 28 U.S.C. § 1915(e)(2) and 28 U.S.C. § 1915A(b)(1), and granted him thirty days from the date of the dismissal Order to file a First Amended Complaint.  Doc. No. 4.

Plaintiff's First Amended Complaint was due on or before February 25, 2022. To date, he has failed to amend, and has not requested an extension of time in which to do so. "The failure of the plaintiff eventually to respond to the court's ultimatum–either by amending the complaint or by indicating to the court that [he] will not do so–is properly met with the sanction of a Rule 41(b) dismissal." *Edwards v. Marin Park*, 356 F.3d 1058, 1065 (9th Cir. 2004).

Accordingly, the Court **DISMISSES** this civil action in its entirety based on Plaintiff's failure to state a claim upon which § 1983 relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and § 1915A(b)(1), and his failure to prosecute as required by Court's January 25, 2022 Order.

The Court further **CERTIFIES** that an IFP appeal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3) and **DIRECTS** the Clerk to enter a final judgment of dismissal and close the file.

**IT IS SO ORDERED**.

Dated: April 28, 2022

HON. MICHAEL M. ANELLO
United States District Judge